UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VALENTINA CAMACHO VALENCIA,<br><br>                    Defendant. | No.  13-CR-6029-EFS<br><br>**ORDER DENYING DEFENDANT'S SECOND MOTION FOR REDUCTION OF SENTENCE** |

    Before the Court, without oral argument, is Defendant Valentina Camacho Valencia's Second Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) in Light of Retroactive Effect of Amendment 782, ECF No. 83.  Defendant moves the Court to apply Amendment 782 and reduce the sentence it imposed on April 17, 2013.  ECF No. 76. Defendant previously moved for the same relief on September 29, 2014, ECF No. 81, and her motion was denied on October 1, 2014, ECF No. 82.

    Defendant's Second Motion does not provide any argument or evidence suggesting that the Court's prior finding that she has already received the benefit of Amendment 782 was incorrect.  *See* Judgment and Statement of Reasons, ECF No. 78 (indicating that Amendment 782 was applied when calculating Defendant's original sentencing guideline range and stating, "[t]he parties agree a 2 level departure is appropriate given the pending proposal to amend the U.S.

ORDER - 1

Sentencing Guideline drug calculations for first-time offenders"). Because she has already received the benefit of Amendment 782, Defendant is not eligible for reduction of sentence. Accordingly, **IT IS HEREBY ORDERED**: Defendant's Second Motion for Reduction of Sentence, **ECF No. 83**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, to Defendant, and to the U.S. Probation Office.

**DATED** this 12th day of November 2014.

                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Criminal\2013\6029.deny.2dmot.reduce.sent.lc2.docx

ORDER - 2